# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2023

### NO.  03-23-00424-CR

**Ex parte Zaccheuas Albro**

**APPEAL FROM THE 217TH DISTRICT COURT OF ANGELINA COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying appellant's application for a pretrial writ of habeas corpus entered by the trial court.  Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.